**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **JOHN L. TOLLIVER,** ) | |
| ) | |
|       **Petitioner/Defendant,** ) | |
| ) | **CIVIL NO. 07-cv-525-JPG** |
| **vs.** ) | |
| ) | **CRIMINAL NO. 04-cr-40014** |
| **UNITED STATES of AMERICA ,** ) | |
| ) | |
|       **Respondent/Plaintiff.** ) | |

**MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

      Petitioner was found guilty of conspiring to distribute crack cocaine; he was sentenced to 240 months imprisonment, 10 years supervised release, a fine of $250, and a special assessment of $100. On appeal, Petitioner raised two evidentiary arguments as well as a challenge to portions of the jury instructions, but his appeal was unsuccessful. *United States v. Tolliver*, 454 F.3d 660 (7th Cir. 2006), *cert. denied sub nom, Dunklin v. United States,* 127 S.Ct. 1019 (2007). Petitioner then filed the instant motion under 28 U.S.C. § 2255.

      In his motion the Petitioner raises several grounds for relief: (1) the government knowingly used inadmissible evidence and false testimony against him; (2) Counsel was ineffective in failing to argue the insufficiency of the evidence; (3) Counsel failed to effectively challenge improper jury selections; (4) Counsel failed to request hearing pursuant to Rule 801(d)(2)(E) of the Federal Rules of Evidence; (5) Counsel failed to challenge discrepancies between the indictment and the evidence presented at trial; (6) Counsel failed to pursue favorable evidence that was withheld by the prosecution; and (7) Counsel failed to challenge the admission into evidence of prior bad acts.

The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order. The Government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED.**

**Dated: July 14, 2008.**

      **s/ J. Phil Gilbert**
      **U. S. District Judge**