UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN L. TOLLIVER,<br><br>　　　　Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | Case No. 07-cv-525-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that petitioner John L. Tolliver's petition for a writ of *habeas corpus/* motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied; that judgment is entered in favor of respondent United States of America and against petitioner John L. Tolliver; and that this case is dismissed with prejudice.

**DATED: May 15, 2009**　　　　　　JUSTINE FLANAGAN, Acting Clerk of Court

　　　　　　　　　　　　　　　　　　By:s/Deborah Agans, Deputy Clerk

**Approved:**　　s/ J. Phil Gilbert
　　　　　　　　**J. PHIL GILBERT
　　　　　　　　DISTRICT JUDGE**